June 15, 1909.

———o———

## No. 4330.

### Court of Appeal, Parish of Orleans.

### T. J. VORHABEN & BRO. VS. WILLIAM JOHNSON.

Appeal from Civil District Court, Divisions "C" and "D."

E. P. Kleinert, for Plaintiff and Appellant.
Lazarus, Renshaw and Michel, for Defendant and Appellee. same.

### ON MOTION TO DISMISS.

DUFOUR, J. Considering the motion on file of counsel for all parties herein, the appeal is hereby ordered to be dismissed.